**95–449.**  State ex rel. Robinson v. Ohio Adult Parole Auth.   In Mandamus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and  COOK, JJ., concur.

**95–458.**  State ex rel. Bauer v. Ohio Adult Parole Auth.   In Mandamus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.